IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

__Rodney Coster__             *
**Plaintiff,**
                              *
 v.                                   Case No. _____
                              *
__State of Maryland, et al.__
                              *
**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

■ I certify, as party/counsel in this case that __Rodney Coster__
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| :---: | :---: |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| :---: | :---: |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| :---: | :---: |
| (name of member) | (state of citizenship) |

| _____ | _____ |
| :---: | :---: |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| January 11, 2021 | /s/ |
| --- | --- |
| Date | Signature |
| | Luciene M. Parsley, 27089 |
| | Printed name and bar number |
| | Disability Rights Maryland, 1500 Union Ave., Suite 2000 |
| | Address |
| | Baltimore, MD  21211 |
| | Email address |
| | lucienep@disabilityrightsmd.org, (410) 727-6352 x2494 |
| | Telephone number |
| | (410) 727-6389 |
| | Fax number |