## IN THE UNITED STATES DISTRICT COURT OF MARYLAND
### [BALTIMORE COUNTY]

| | |
|---|---|
| RODNEY COSTER )<br>c/o Mayer Brown LLP )<br>1999 K Street, N.W. )<br>Washington, DC 20006 )<br>　　　　　　　　　　　　)<br>　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　)<br>　　　　v.　　　　　　　 )<br>　　　　　　　　　　　　)<br>THE STATE OF MARYLAND, ET AL. )<br>　　　　　　　　　　　　)<br>　　　　　　　Defendants. )<br>_____) | Civil Action No. ___21-cv-65_____ |

## **NOTICE**

In accordance with United States Federal District Court Local Rule 501, Plantiff Rodney Coster provides notice of the county of residence of the parties to this action:

Rodney Coster, Plaintiff  (Baltimore County)
Harford County, MD (Harford County)
Harford County Sheriff's Office (Harford County)
Harford County Detention Center (Harford County)
Harford Sheriff Jeffrey Gahler (Harford County)
Warden Michael Capasso (Harford County)
DFC Donald Licato (Harford County)
DFC Christopher Majewski (Harford County)
DFC Mark Jeric (Harford County)
DFC Bliss (Harford County)
DFC Norton (Harford County)
DFC Robinson (Harford County)
DFC D. Seman (Harford County)
DFC Stavros Kalambihi (Harford County)
Sgt. Andrew Meador (Harford County)
Cpl. Goins (Harford County)
DFC Joe DiBartolo (Harford County)
Does 1 to 20 (Harford County)

| | |
|---|---|
| January 8, 2021 | Respectfully submitted, |

                                                                                /s/  Luciene M. Parsley

Luciene M. Parsley (Fed. Bar #27089)
Disability Rights Maryland
1500 Union Ave., Suite 2000
Baltimore, Maryland 21211
Phone: (410) 727-6352 x2494
Facsimile: (410) 727-6389
LucieneP@DisabilityRightsMD.org

739480580.5 8-JAN-21 15:44