IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| RODNEY COSTER, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-21-65 |
| THE STATE OF MARYLAND, et al., | * | |
| Defendants. | * | |

***

# **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 30th day of November, 2021, hereby:

ORDERED that the State of Maryland's (the "State") Motion to Dismiss the Amended Complaint (ECF No. 43) is GRANTED IN PART and DENIED IN PART;

IT IS FURTHER ORDERED that the State's Motion is GRANTED to the extent it seeks dismissal of Coster's claims against the Harford County Sheriff's Office and Detention Center;

IT IS FURTHER ORDERED that the State's Motion is otherwise DENIED;

IT IS FURTHER ORDERED that the Clerk shall TERMINATE the Harford County Sheriff's Office and the Harford County Detention Center as Defendants in this action;

IT IS FURTHER ORDERED that Defendants Harford County Sheriff's Office, Harford County Detention Center, Warden Michael Capasso, Deputy First Class ("DFC") Donald Licato, DFC Christopher Majewski, DFC Mark Jeric, DFC Kevin Bliss, DFC Matthew Norton, DFC Derek Seman, DFC Stavros Kalambihis, DFC Joe DiBartolo, DFC

Nicholas Robinson, Sgt. Andrew Meador, Cpl. Nickolas Goins, and Does 1 to 20's (collectively, "County Defendants") Motion to Dismiss Amended Complaint (ECF No. 46) is GRANTED IN PART and DENIED IN PART;

IT IS FURTHER ORDERED that County Defendants' Motion is GRANTED to the extent it seeks dismissal of Counts IV and VII and dismissal of Coster's claim of injunctive relief;

IT IS FURTHER ORDERED that County Defendants' Motion is otherwise DENIED;

IT IS FURTHER ORDERED that Counts IV and VII are DISMISSED;

IT IS FURTHER ORDERED that Defendants' Motions to Dismiss the original Complaint (ECF Nos. 29, 30, 31, 32, 33, 34, 35, 36) are DENIED without prejudice as moot;

IT IS FURTHER ORDERED that County Defendants' Motion for Leave to File Audio Recording as Exhibit (ECF No. 58) is GRANTED;

IT IS FURTHER ORDERED that Coster's Motion for Leave to File Surreply (ECF No. 64) is GRANTED; and

IT IS FURTHER ORDERED that the remaining Defendants shall ANSWER the remaining counts in the Amended Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

/s/
George L. Russell, III
United States District Judge
