

25 South Charles Street, 21st Floor
Baltimore, Maryland 21201-3305
T: 410.727.6600 | F: 410.727.1115
www.rosenbergmartin.com

May 31, 2023

*Via CM/ECF*

The Honorable George L. Russell, III
United States District Court Judge
U.S. District Court for the District of Maryland
101 W Lombard Street, 4th Floor
Baltimore, MD 21201

    Re:    Joint Status Report
              *Rodney Coster v. State of Maryland, et al.*
              In the United States District Court for the District of Maryland
              Case No. 1:21-cv-00065-GLR

Dear Judge Russell:

      Pursuant to Your Honor's March 27, 2023 Order and on behalf of all parties, the parties hereby submit this joint status report regarding the parties' readiness for mediation and/or continued discovery.

      The parties are currently exchanging settlement demands and offers. Based on our agreed-upon mediator's availability, the parties are considering dates in late July, 2023 for a potential mediation.

      The parties have not yet resolved the discovery dispute raised in Plaintiff's Motion to Compel (ECF No. 129), which was denied without prejudice by letter Order dated March 21, 2023 (ECF No. 132). The parties currently have until June 15, 2023 to meet and confer about that dispute, and for Plaintiff to file a renewed motion to compel, should he wish to do so. Given the status of settlement discussions, the parties ask for a 30-day extension of the current scheduling order (ECF No. 134), including extending the deadline to meet-and-confer until July 15, 2023, with the parties to file a joint status report on June 30, 2023 regarding the status of private mediation.

                                                                        Respectfully submitted,

| /S/ | /S/ |
|---|---|
| David M. Wyand (Fed. Bar #23413) | Carl N. Zacarias (#28126) |
| Lauren M. McLarney (Fed. Bar #20982) | Office of the Attorney General |
| Rosenberg Martin Greenberg, LLP | Assistant Attorney General |
| 25 S Charles Street 21st Floor | 80 Calvert Street |
| Baltimore, Maryland 21201 | Annapolis, Maryland 21401 |
| Phone: (410) 727-6600 | 410-260-6139 |

The Honorable George L. Russell, III
May 31, 2023
Page 2

Fax: (410) 727-1115      *Attorney for the State Defendants*
dwyand@rosenbergmartin.com
lmclarney@rosenbergmartin.com
*Attorneys for the Individual Defendants*

_____/S/_____
Alex Lakatos
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
Phone: 202-263-3312
*Attorney for Plaintiff*