# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | | |
|---|---|---|
| RODNEY COSTER, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:21-cv-00065-GLR |
| THE STATE OF MARYLAND, et al., | * | |
| Defendants. | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have filed an answer in this case, by their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of this action and all claims that were made or could have been made in this action, including counterclaims, third-party claims, and fourth-party claims.

| | |
|---|---|
| /S/ Alex C. Lakatos | /S/ Kirstin Lustila |
| Alex C. Lakatos (*pro hac vice* admission) | Kirstin Lustila  (#02103) |
| Mayer Brown LLP | Office of the Attorney General |
| 1999 K Street, NW | Assistant Attorney General |
| Washington, DC 20006 | 80 Calvert Street |
| Phone: 202-263-3312 | Annapolis, Maryland 21401 |
| alakatos@mayerbrown.com | 410-260-6139 |
| *Attorney for Plaintiff* | klustila@treasurer.state.md.us |
| | *Attorney for the State Defendants* |

/S/ David M. Wyand
David M. Wyand (Fed. Bar # 23413)
Lauren M. McLarney (Fed. Bar #20982)
Rosenberg Martin Greenberg, LLP
25 S Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
dwyand@rosenbergmartin.com
lmclarney@rosenbergmartin.com
*Attorneys for the County Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of February, 2024, a copy of the foregoing Stipulation of Dismissal with Prejudice was served through the CM/ECF System on counsel of record.

                                              */S/ Alex C. Lakatos*
                                        Alex C. Lakatos (pro hac vice admission)