IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| RODNEY COSTER, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 1:21-cv-00065-GLR |
| THE STATE OF MARYLAND, et al., | * | |
| Defendants. | * | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have filed an answer in this case, by their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of this action and all claims that were made or could have been made in this action, including counterclaims, third-party claims, and fourth-party claims.

   /S/ Alex C. Lakatos
Alex C. Lakatos (*pro hac vice* admission)
Mayer Brown LLP
1999 K Street, NW
Washington, DC 20006
Phone: 202-263-3312
alakatos@mayerbrown.com
*Attorney for Plaintiff*

   /S/ David M. Wyand
David M. Wyand (Fed. Bar # 23413)
Lauren M. McLarney (Fed. Bar #20982)
Rosenberg Martin Greenberg, LLP
25 S Charles Street 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
dwyand@rosenbergmartin.com
lmclarney@rosenbergmartin.com
*Attorneys for the County Defendants*

   /S/ Kirstin Lustila
Kirstin Lustila  (#02103)
Office of the Attorney General
Assistant Attorney General
80 Calvert Street
Annapolis, Maryland 21401
410-260-6139
klustila@treasurer.state.md.us
*Attorney for the State Defendants*

**APPROVED this 14th day of February, 2024. The Complaint is hereby DISMISSED with prejudice. The Clerk is directed to CLOSE this case.**

_____/s/_____
**George L. Russell, III
United State District Judge**